```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSEPH B. YOUNG,                )
     Petitioner,                )
                                )
     v.                         )    C.A. No. 10-40089-DPW
                                )
J. GRONDOLSKY, ET AL.,          )
     Respondents.               )
```

## MEMORANDUM AND ORDER
August 3, 2010

WOODLOCK, D.J.

I.   INTRODUCTION

On May 17, 2010, Joseph P. Young ("Young"), then incarcerated at FMC Devens in Ayer, Massachusetts, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the application of the sex offender Public Safety Factor to him.

On May 21, 2010, a Procedural Order (Docket No. 3) issued directing Young to pay the $5.00 filing fee or to file a motion for a waiver thereof.

On May 26, 2010, Young filed a Motion for Leave to Proceed *in forma pauperis* (Docket No. 5), along with his prison account statement (Docket No. 6) indicating that he had a balance of $.84 in his account.

Since the filing of the petition, Young was released from FMC Devens to a community corrections management ("CCM")

facility, CCM Philadelphia.[1]

II.  DISCUSSION

    A.    <u>The Motion for Leave to Proceed *In Forma Pauperis*</u>

Upon review of Young's financial disclosures and his inmate account statement, I find he lacks sufficient funds to pay the $5.00 filing fee for this action.

Accordingly, his Motion for Leave to Proceed *in forma pauperis* (Docket No. 5) is <u>ALLOWED</u>.

    B.    <u>Transfer of the Petition</u>

In light of the change in Young's physical location, I consider that the District of Massachusetts is no longer the proper venue for Young to assert his habeas challenges, and therefore find that it is in the interest of justice to transfer this action to the United States District Court for the Eastern District of Pennsylvania.[2]

III. CONCLUSION AND ORDER

Based on the foregoing, it is hereby Ordered that:

1.    Young's motion for leave to proceed *in forma pauperis* (Docket No. 5) is <u>ALLOWED</u>.

2.    The Clerk shall <u>TRANSFER</u> this action to the United

---

[1] The address is CCM Philadelphia, Community Corrections Office, 2nd & Chestnut St., 7th Floor, Philadelphia, PA 19106. The Community Corrections Manager is Eric Anderson.

[2] The address is: James A. Byrne Federal Courthouse, 601 Market Street, Philadelphia, PA 19106-1797

States District Court for the Eastern District of Pennsylvania and shall terminate this action on the Court's docket.

SO ORDERED.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE